## WM. BAKER *v.* W. A. BRANHAM ET AL.

**Parties—Petition to be Made Party.**

> A petition by one to be made a party to an action was held to show that the petitioner was directly interested in the litigation, and entitled to be made a party.

APPEAL FROM OWEN CIRCUIT COURT.

December 4, 1873.

OPINION BY JUDGE PRYOR:

It is alleged in the petition of William Baker to be made a party, that Cull, one of the firm of Cull, Baker & Co., paid off the judgment on the note in controversy to Mastin & Branham, the original holders, and took from them their receipt therefor; that Cull then sold the note or the benefit of the claim to the petitioner, Baker, and assigned to him the receipts of Mastin & Branham. If this be true Baker is directly interested in the litigation, and should have been made a party to the estate.

The judgment of the court below in refusing to allow him to be made a party is reversed, and cause remanded for further proceedings consistent herewith.

*Drane, for appellant.*

*———, for appellees.*